UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH DUBOIS, ) | |
| ) | |
| Plaintiff, ) | Civil No. |
| ) | 14-cv-13635-FDS |
| v. ) | |
| ) | |
| GC SERVICES, LP, ) | |
| ) | |
| Defendants. ) | |

SETTLEMENT ORDER OF DISMISSAL

SAYLOR, J.

    The Court, having been advised by the parties, reports that this action has reached a settlement.

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/s/ Lisa Pezzarossi
_____

December 8, 2014
Date

Lisa Pezzarossi, Deputy Clerk